UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02415- WYD-BNB

DELORES PACHECO,

Plaintiff,
v.
THE COLORADO DEPARTMENT OF CORRECTIONS, STATE OF COLORADO,
Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Notice Pursuant to Court Order, filed December 19, 2005 ("Notice"). On December 13, 2002, this Court found that this case should be automatically stayed against Plaintiff due to the filing of her bankruptcy and ordered that this case be administratively closed pursuant to D.C.Colo.LCivR 41.2, to be reopened for good cause shown. In the December 13, 2002, Order, I instructed Defendant to file a notice with the Court upon completion of the bankruptcy proceeding indicating whether the case can be dismissed or whether the case needs to be reopened for good cause shown. In its Notice, Defendant states that Plaintiff's bankruptcy has been discharged and that this case can now be dismissed. Therefore, it is hereby

      ORDERED that this case is reopened for good cause shown. It is
      FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated: December 30, 2005

                                                BY THE COURT:
                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge